# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0111
LT Case No. 2021-CF-350

_____

DOUGLAS M. WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Sumter County.
Mary P. Hatcher, Judge.

Douglas M. Williams, Bonifay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills,
Assistant Attorney General, Daytona Beach, for Appellee.


June 28, 2024


PER CURIAM.

    AFFIRMED.


EISNAUGLE and SOUD, JJ., concur.
MAKAR, J., concurs with opinion.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿

MAKAR, J., concurring.

I concur in affirmance, noting that it is without prejudice to file a good faith motion under Rule 3.850. *See Cole v. State*, 268 So. 3d 991, 991 (Fla. 5th DCA 2019) ("We affirm the denial of Appellant's motion to correct illegal sentence, filed under Florida Rule of Criminal Procedure 3.800(a), without prejudice to his ability to file a timely and sworn motion for postconviction relief under Rule 3.850, if he can do so in good faith.").